IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE A PIZA FIGUEROA

DEBTOR(S)

CASE NO. 26-02025-MAG

CHAPTER 13

****AMENDED DOCUMENT****

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3
2. The liquidation value of the estate is :$ 0.00
3. The general unsecured pool is :$ 0.00

---

AMENDED PLAN DATE: July 22, 2026 PLAN BASE: $50,120.00

---

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/16/2026

☐ FAVORABLE ☒ UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**(a.) Amended plan filed at dkt 25, does not include the period in the step -up payment proposed. (b.) Debtor has arrears in the amount of $1,050.00 (3 months).**

**2. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

**(a.) Income evidence(s) has(ve) not been provided: Income as Mechanic. (b.) Debtor(s) needs to file with the Court the Business Income and Expenses Sheet. Debtor is disclosing at line 8a of amended schedule "I" (dkt. 16) a net income of $1,588.00. Said line requires that debtors "Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income". Debtor has yet to attach said statement in the form of a Business an Expense sheet. (c.) Debtor needs to provide bank statement of account 9339, and any other bank account debtor has, from the last 6 -month prior filing the case. Trustee reserve the right to reconvene 341 meeting, in case debtor is required to answer more question regarding bank statements.**

**3. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**Debtor declared he provides diesel mechanic service to client at home and business, and performs the service with his own equipment. Debtor needs to provide list of equipment and its corresponding value and amend schedule A/B accordingly.**

**4. [X] FAILS SECTION 1325(a)(9):**

**• IRS Tax Returns: The copies provided for 2022 thru 2024 does not have the evidence of filing.**

**[X] OTHER:**

**(a.) Per ID provided debtor is also known as "Jose Antonio Piza Figueroa", however, the amended voluntary petition does not disclose said AKA. (b.) On 07.21.2026 Court granted BBPRs motion to deem lease rejected. Debtor has included treatment in section 6.1 of amended, and has not seek reconsideration of the Order nor has announced or reached a stipulation with creditor BPPR. Treatment hinges on debtor seeking proper remedy. Creditor has filed an objection to confirmation to plan filed at dkt 25 and on 08.07.2026 (dkt 28) and is pending adjudication. (c.) Part 3.6 proposes adequate protection for 2 accounts with BPPR one of the claims is not identified by the number. Also, the check mark has not been included at said part. ( d.) Amend part 3.5 of the plan de change description of collateral to shares and deposits. (e.) Part 4.6 does not include the insurance maturity date, the estimate insurance premium to be paid and the estimate total payment by trustee, for collateral with BPPR. (f.) Amend schedule I to eliminate consensual partner as dependent, due to debtor declared he got separated. (g.) The debtor has failed to comply with the court order granting them until August 31, 2026, to address the issues raised by the trustee, docket no. 30.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

Atty: NYDIA GONZALEZ ORTIZ*

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR